UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: | Chapter 7 |
| LGI Energy Solutions, Inc., | Bky. Case No. 09-40665-RJK |
| and | |
| LGI Data Solutions Company, LLC, | Bky. Case No. 09-40666-RJK |
| Debtors. | |
| (Substantively consolidated cases) | |
| John R. Stoebner, Trustee, | Adv. No. 11-4055 |
| Plaintiff, | |
| vs. | |
| Entergy Louisiana LLC, | |
| Defendant | |

## STIPULATION TO EXTEND TIME TO ANSWER

This stipulation ("Stipulation") to extend time to answer is made and agreed by and between Plaintiff John R. Stoebner ("Plaintiff"), as trustee of the above chapter 7 bankruptcy estates and Defendant Entergy Louisiana LLC ("Defendant").

WHEREAS, Plaintiff commenced this action by complaint filed on February 24, 2011, and on March 9, 2011, the court issued a summons, which was properly served upon Defendant; and

WHEREAS, Defendant is required by the Federal Rules of Bankruptcy Procedure to serve and file an answer or otherwise respond to the complaint by April 8, 2011; and

WHEREAS, Plaintiff and Defendant are discussing a possible settlement of the claims brought in the complaint; and

WHEREAS, Plaintiff and Defendant have agreed to extend the time to answer or otherwise respond through and including May 6, 2011 in order to allow the parties sufficient time to pursue settlement discussions; and

WHEREAS, extending Defendant's time to answer or otherwise respond to the complaint will not prejudice either Plaintiff or Defendant; and

**NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED BY PLAINTIFF AND DEFENDANT, BY THEIR UNDERSIGNED COUNSEL, AS FOLLOWS:**

1. Defendant shall have through and including May 6, 2011, to answer or otherwise respond to Plaintiff's complaint in this adversary proceeding.

2. Plaintiff and Defendant consent to entry of an order of this court extending the time for Defendant to answer or otherwise respond as described above.

                                        LAPP, LIBRA, THOMSON, STOEBNER
                                        & PUSCH, CHARTERED

Dated: April 5, 2011                     By:   /e/  Rosanne H. Wirth(# 0137479)
                                                        John R. Stoebner (#140879)
                                                 One Financial Plaza, Suite 2500
                                                 120 South Sixth Street
                                                 Minneapolis, MN 55402
                                                 Telephone: (612) 338-5815

                                                 **ATTORNEYS FOR JOHN R. STOEBNER, TRUSTEE**

DORSEY & WHITNEY LLP

Dated: April 4, 2011                           By: /e/ David Faith
                                               David Faith (#0389687)
                                               Suite 1500 50 South Sixth Street
                                               Minneapolis, MN 55402-1498
                                               Telephone: (612) 492-6913

                                               **ATTORNEYS FOR ENTERGY LOUISIANA LLC**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:

LGI Energy Solutions, Inc.,

and

LGI Data Solutions Company, LLC,

       Debtors.
(Substantively consolidated cases)

Chapter 7

Bky. Case No. 09-40665-RJK

Bky. Case No. 09-40666-RJK

John R. Stoebner, Trustee,

       Plaintiff,
vs.

Entergy Louisiana LLC,

       Defendant

Adv. No. 11-4055

## ORDER TO EXTEND TIME TO ANSWER

This adversary proceeding came before the court on the stipulation by and between the plaintiff and the defendant.

Based on the stipulation and the file,

**IT IS ORDERED:**

1. The stipulation is approved.

2. The defendant shall have until May 6, 2011 to answer or otherwise respond to the complaint in this adversary proceeding.

Dated:

_____
ROBERT J. KRESSEL
UNITED STATES BANKRUPTCY JUDGE