UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In re:<br><br>LGI Energy Solutions, Inc.,<br><br>and<br><br>LGI Data Solutions Company, LLC,<br><br>Debtors.<br>(Substantively consolidated cases) | Chapter 7<br><br>Bky. Case No. 09-40665-RJK<br><br><br><br>Bky. Case No. 09-40666-RJK |
| John R. Stoebner, Trustee,<br><br>Plaintiff,<br>v.<br><br>Entergy Louisiana LLC,<br><br>Defendant | Adv. No. 11-4055 |

**ORDER TO EXTEND TIME TO ANSWER**

Pursuant to the stipulation of the parties,

**IT IS ORDERED:**

The defendant has until May 6, 2011 to answer or otherwise respond to the complaint.

Dated: April 7, 2011

/e/ Robert J. Kressel
ROBERT J. KRESSEL
UNITED STATES BANKRUPTCY JUDGE

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *04/07/2011*
Lori Vosejpka, Clerk, by LMH